IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| ISAAC MORRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 315-004 |
| | ) | |
| JOSE MORALES, Johnson State Prison, | ) | |
| in his individual and official capacities, | ) | |
| and CALEB AJIBADE, Johnson State Prison, | ) | |
| in his individual and official capacities, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Plaintiff, an inmate at Coastal State Prison in Garden City, Georgia, brought the above-captioned case pursuant to 42 U.S.C. § 1983 in the United States District Court for the Middle District of Georgia, concerning events alleged to have occurred at Johnson State Prison in Wrightsville, Georgia, and Autry State Prison in Pelham, Georgia. (Doc. nos. 1, 12.) He is proceeding *pro se* and *in forma pauperis*. By orders entered September 3, 2014 and January 14, 2015, United States District Judge W. Louis Sands concluded that venue was improper, denied Defendants' motion to dismiss without prejudice, and transferred the action to this Division. (Doc. nos. 76, 85, 87.) Only Plaintiff's claims against Defendants Morales and Ajibade remain in this action. (Doc. no. 87.) Defendants renewed their motion to dismiss on January 16, 2015, and requested a stay of discovery pending a ruling on the motion to dismiss, which this Court granted on February 18, 2015. (Doc. nos. 91, 93.)

Before the Court is Plaintiff's motion for an extension of time to respond to Defendants'

motion to dismiss until May 2015.  (Doc. no. 94.)  Defendant states that he has not received copies of Defendants' motion to dismiss or stay and is unable to file any response to the motion to dismiss until May 2015 because he is recovering from being assaulted on February 26, 2015. (Id.)  Plaintiff states that his pain and dizziness prevent him from writing and reading.  (Id. at 2.)

The Court **GRANTS IN PART** Plaintiff's motion and gives him thirty days from the date of this Order to respond to Defendants' motion to dismiss.  The Court is unwilling to give Plaintiff the full amount of time he requests because (1) the assault occurred after this Court directed Plaintiff to respond to the motion to dismiss, and (2) Plaintiff's assertion that he is unable to read and write is contradicted by his filing of this motion.

Additionally, in an abundance of caution, the Court **DIRECTS** the Clerk to serve upon Plaintiff a copy of Defendants' motions to dismiss and stay, and this Court's orders directing Plaintiff to respond to the motions and granting Defendants' motion to stay.  (See doc. nos. 91, 92, 93, 94.)  Furthermore, the Court reminds Defendants of their duty to serve all future filings on Plaintiff.

SO ORDERED this 26th day of March, 2015, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA