FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 SEP 22 PM 4:15

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| ISAAC MORRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 315-004 |
| | ) | |
| CALEB AJIBADE, Johnson State Prison, | ) | |
| in his individual and official capacities, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's amended complaint for failure to state a claim upon which relief may be granted, and **CLOSES** this civil action

SO ORDERED this 22nd day of September, 2015, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE